1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **RYAN VENCI, ESQ.**
   Nevada Bar No. 7547
3  **KRISTEN MOLLOY, ESQ.**
   Nevada Bar No. 14927
4  **BRANDON | SMERBER LAW FIRM**
5  139 E. Warm Springs Road
   Las Vegas, Nevada 89119
6  (702) 380-0007
7  (702) 380-2964 – *facsimile*
   l.brandon@bsnv.law
8  r.venci@bsnv.law
   k.molloy@bsnv.law
9  *Attorneys for Defendant,*
10 *ALBERTSON'S LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN MARTIN, individually, | CASE NO.: 2:24-cv-00973-JAD-NJK |
| Plaintiff, | |
| vs. | |
| ALBERTSON'S LLC, a Foreign Limited-Liability Company; DOE CLEANING COMPANY; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS, LLC, and Plaintiff, KATHLEEN MARTIN, by and through AUSTIN R. WOOD, ESQ., of RICHARD HARRIS LAW FIRM as follows:

*Kathleen Martin v. Albertsons, LLC*
Case No. 2:24-cv-00973-JAD-NJK

That Defendant, ALBERTSONS, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED TO vacate the following dates from Court's calendar:

1. Jury Trial – February 10, 2026 at 9:00 a.m.; and

2. Calendar Call – January 26, 2026 at 1:30 p.m.

DATED this 29th day of October, 2025.            DATED this 30 day of October, 2025.

**BRANDON | SMERBER LAW FIRM**                   **RICHARD HARRIS LAW FIRM**

/s/ Lew Brandon, Jr., Esq.
_____                          _____
**LEW BRANDON, JR., ESQ.**                       **AUSTIN R. WOOD, ESQ.**
Nevada Bar No. 5880                              Nevada Bar No. 16026
**RYAN VENCI, ESQ.**                             801 South Fourth Street
Nevada Bar No. 7547                              Las Vegas, Nevada 89101
**KRISTEN MOLLOY, ESQ.**                         702-444-4444
Nevada Bar No. 14927                             Facsimile – 702-444-4455
139 E. Warm Springs Road                         *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119                          *KATHLEEN MARTIN*
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, trials, and deadlines are vacated. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2025